```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
Harold House,

                    Plaintiff,

        -against-                        MEMORANDUM AND ORDER
                                         09-CV-5650 (JS)(ETB)

Sylvia Bolivar, Howard Feldman, MD,
Jeffrey LaGrasso, MD, Andrew Rudnick,
Catherine Rudnick, Sleek Aventura LLC,
Sleek Braintree LLC, Sleek Incorporated,
Sleek International Franchise Group LLC,
Sleek Medical PLLC, Sleek Medspa Natick
LLC, Sleek Midtown LLC, Sleek Realty,
Inc., Sleek Surgical Hollywood LLC,
Sleek Surgical New England LLC, Sleek
Surgical PLLC, Sleek Surgical South
Florida PL, Sleek Wellington LLC,
Sleekskin LLC,

                    Defendants.
----------------------------------------X
APPEARANCES:

For Plaintiff:      Harold D. House, Pro Se
                    56 S. Country Road
                    Westhampton, NY 11977

For Defendants:     No appearances
```

SEYBERT, District Judge:

By Order dated February 22, 2010, the Court dismissed the Complaint of pro se Plaintiff Harold D. House without prejudice and with leave to file an Amended Complaint by March 17, 2010. The February 22, 2010 Order warned Plaintiff that failure to file an Amended Complaint within this time will result in the dismissal of his Complaint with prejudice and the case will be closed. To date, the Plaintiff has not filed an Amended Complaint or otherwise communicated with the Court.

Accordingly, the Complaint is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Clerk of the Court is directed to close this case.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:     April   30  , 2010
           Central Islip, New York